UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRECENCIO CRESPO, et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ALFA CAFÉ LIMITED CO., et al. )<br>)<br>    Defendants. )<br>)<br>_____ ) | Civil Action No. 1:17-CV-02574-GMH |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Crecencio Crespo and Saul Ramirez ("Plaintiffs") and Defendants Alfa Café Limited Co., Alexandros Mitrakas, and Tina Mitrakas ("Defendants") (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate to the dismissal of this action as follows:

1.  The Parties hereby advise that they have reached a confidential settlement of this matter which is embodied in a "Settlement Agreement and Release" (hereinafter, the "Settlement Agreement").

2.  The Parties further agree, and hereby do request, that the Court retain jurisdiction for purposes of enforcement of the Settlement Agreement.

3.  As such, the Parties move the Court to dismiss the above-captioned litigation in its entirety and *with prejudice*, subject to and conditioned upon the Court's issuance of an order retaining jurisdiction to enforce the Settlement Agreement.

4.  The Parties further agree and stipulate that except as set forth in the Settlement Agreement, each party shall bear its own costs and attorneys' fees.

A Proposed Order of Dismissal is attached hereto.

Respectfully submitted,

_--S--_
Michael K. Amster, Esq. (Bar No. 1001110)
Zipin, Amster & Greenberg
8757 Georgia Ave, Suite 400
Silver Spring, Maryland 20910
Tel: (301) 587-9373
Fax: (301) 587-9397
mamster@zagfirm.com

*Counsel for Plaintiff*


_--S--_
Karen A. Doner (Bar No. 458626)
Natalie Rainforth Poteet (Bar No. 999159)
Doner Law, PLC
1750 Tysons Boulevard, Suite 1500
Tysons Corner, Virginia 22102
Tel: (703) 462-5471 / Fax: (703) 462-5437
kdoner@donerlawplc.com
npoteet@donerlawplc.com

George E. Kostel (Bar No. 10000015)
Impresa Legal Group
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Tel: (703) 842-0660 / Fax: (703) 684-1851
georgekostel@impresalegal.com

*Counsel for Defendants Alfa Café Limited Co., Alexandros Mitrakas, and Tina Mitrakas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17th, 2019, a true and correct copy of the foregoing Stipulation and Order of Dismissal was served via the ECF notification system upon the following counsel of record:

_--S--_
Michael K. Amster
