<strong>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA</strong>

|  |  |
|---|---|
| CRECENCIO CRESPO, et al.   ) <br>                              ) <br>         Plaintiffs,            ) <br>                              ) <br> v.                            ) <br>                              ) <br> ALFA CAFÉ LIMITED CO., et al. ) <br>                              ) <br>         Defendants.           ) <br>                              ) | Civil Action No. 1:17-CV-02574-GMH |

<strong><u>ORDER OF DISMISSAL</u></strong>

**WHEREAS** Plaintiffs Crecencio Crespo and Saul Ramirez ("Plaintiffs") and Defendants Alfa Café Limited Co., Alexandros Mitrakas, and Tina Mitrakas ("Defendants") (collectively, the "Parties") have entered into a Settlement Agreement that is a full and final settlement of all of Plaintiffs' claims against all Defendants in this action;

**WHEREAS** the Parties in their Settlement Agreement have stipulated to the Court retaining jurisdiction to enforce the Settlement Agreement, and to dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction for the purpose of resolving any disputes between the parties with respect to enforcement of any provision of the terms of the Parties' Settlement Agreement.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice.

Except as set forth in the Settlement Agreement, each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: July 2, 2019

_____
HON. G. MICHAEL HARVEY
United States Magistrate Judge